# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146670 & (21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GEOFFREY DWAYNE THOMAS,
     Defendant-Appellant.

SC: 146670
COA: 309631
Oakland CC: 2005-202939-FC

_____/

     On order of the Court, the application for leave to appeal the December 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



s0826

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk